```
STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP
999 Skyway Road, Suite 310
San Carlos, California 94070
Telephone:   650.637.9100
Facsimile:   650.637.8071
```

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENDERSON and HEATHER COOPER-ROTH,<br><br>            Plaintiffs,<br><br>  vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY; and DOES 1-10,<br><br>            Defendants. | CASE NO. 20-cv-01713 RS<br><br>**STIPULATION OF DISMISSAL; ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

      IT IS HEREBY STIPULATED by plaintiffs David Henderson and Heather Cooper-Roth by and through her attorney of record, Daniel J. Marsh, Esq. of Hoge, Fenton, Jones & Appel, Inc. and defendant State Farm General Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson Guslani Simonson & Clause, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated:  March 18, 2021         HOGE, FENTON, JONES & APPEL, INC.

By    */S/ Daniel J. Marsh*
    DANIEL W. BALLESTEROS
    DANIEL J. MARSH
    Attorneys for Plaintiffs
    DAVID HENDERSON and
    HEATHER COOPER-ROTH

| | | |
|---|---|---|
| 1 | Dated:  March 18, 2021 | HAYES SCOTT BONINO ELLINGSON |
| 2 | | GUSLANI SIMONSON & CLAUSE LLP |
| 3 | | By   */S/ Stephen P. Ellingson* |
| 4 | | STEPHEN M. HAYES |
| 5 | | STEPHEN P. ELLINGSON |
| | | CHERIE M. SUTHERLAND |
| 6 | | Attorneys for Defendant |
| | | STATE FARM GENERAL INSURANCE COMPANY |

## ORDER

IT IS SO ORDERED.

Dated:  March 19, 2021

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA